1:08-MJ-112M

(10/99)

United States District Court
for the
Southern District of New York

U.S.A. vs Rudolfo Chacon-Rodriguez

Docket No.S4 01 CR 00874-006 (JFK)

TO: [1]Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Rudolfo Chacon-Rodriguez | Male | Black/ Hispanic | 32 |

ADDRESS(STREET, CITY, STATE)
REDACTED NJ 0806

JRT)
York.

DATE IMPOSED
April 6, 2006

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Southern District of New York, New York, NY

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| J. MICHAEL McMAHON | Evon Kempton | 11/26/07 |

## RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|
| | | |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

NY 466

1416459

REQUEST FOR COURT ACTION / DIRECTION

TO: Honorable John F. Keenan
Sr. U.S. District Judge

1:08-MJ-112M

OFFENSE: Count 1 - Conspiracy to Commit Hobbs Act Robbery (18 USC 1951), A Class C Felony. Counts 2 & 8 - Attempted Hobbs Act Robbery (18 USC 1951), A Class C Felony. Counts 3, 4, 5, & 6 - Hobbs Act Robbery, (18 USC 1951 and 2), Class C Felonies. Counts 7 & 9 - Use of Firearm in Relation to Robbery, (18 USC 924 (c)(1)(A), Class A Felonies, Count 10 - Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, and Crack, (21 USC 846), Class A Felonies.

ORIGINAL SENTENCE: Five (5) years in federal custody with credit for time served, followed by three (3) years of supervised release.

FROM: Michael Wasmer
U.S. Probation Officer

SPEC. CONDITIONS: The offender shall submit his person, residence, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The defendant shall comply with directives of the immigration authorities. The defendant shall continue to cooperate with the Government. $1,000 special assessment. $220,000 restitution.

AUSA: Marcus Asner

RE: Rudolfo Chacon Rodriguez
Dkt#: S4 01 CR.874-06 (JFK)

DATE OF SENTENCE: April 6, 2006

DATE: November 21, 2007 MAXIMUM EXPIRATION DATE: May 24, 2009

ATTACHMENTS: PSI X JUDGMENT X PREVIOUS REPORTS
VIOLATION PETITION X

REQUEST FOR: WARRANT X SUMMON ___ COURT DIRECTION ___

## REQUEST FOR A WARRANT

Custody Status

At this time the offender remains at liberty in the community. His current whereabouts are

NY 466

unknown. We would respectfully request that a warrant be issued in order to produce him before Your Honor to address violation charges.

Supervision Adjustment

Initially, on May 28, 2006, Chacon-Rodriguez was released from federal custody and transported to Santa Domingo, Dominican Republic. On December 16, 2006 he was returned to the United States via the Bureau of Alcohol, Tobacco, and Firearms (hereafter, BATF) in order to continue cooperating with the Government relative to ongoing criminal investigations. At that time he was placed directly in Atlantic City, NJ by the BATF and a request was made for the U.S. Probation Office, District of New Jersey to assume supervision of this case. Through the assistance of BATF, the offender had applied for a Visa which would permit him to work within the United States, which remains pending.

While he was being supervised in the District of New Jersey the offender encountered difficulty working absent a valid U.S. Visa. As such, he was supported by his brother and failed to make any restitution as well as special assessment payments during his term of supervised release. The offender also failed to submit monthly supervision reports to the U.S. Probation Department while on community supervision.

Since July of 2007 the probation office has been unable to reach the offender at his last known residence in Atlantic City, NJ. Chacon-Rodriguez has also been unreachable by telephone. On August 24, 2007 the offender's brother advised the U.S. Probation Office, District of New Jersey that Chacon-Rodriguez had left Atlantic City, NJ and had possibly returned to New York City. On August 31, 2007 U.S. Probation Officer Sharon A. O' Brien from the District of New Jersey was advised by the offender's BATF case handler that he had not spoken to Chacon-Rodriguez for at least 6 to 8 weeks.. On September 16, 2007, the offender's brother again reported to the probation department that he still had not had any contact with the offender.

To date the offender has made no effort to contact either the probation department nor the BATF. He has apparently absconded from supervision.

Court Status In Other Jurisdictions

A check with the Federal Bureau of Investigation and the New York State Division of Criminal Justice Services Identification Bureau reveals no outstanding charges for the offender in any other jurisdictions.

Violation Circumstances

1. THE OFFENDER HAS FAILED TO SUBMIT TO THE U.S PROBATION OFFICE MONTHLY SUPERVISION REPORTS FOR THE MONTHS COVERING DECEMBER OF 2006 THROUGH OCTOBER OF 2007. **MANDATED CONDITION - GRADE C VIOLATION**

Thus far, the offender has failed to submit to the U.S. Probation Department monthly supervision reports covering the above mentioned months.

2. FROM ON OR ABOUT JULY OF 2007, AND THEREAFTER THE RELEASEE FAILED TO NOTIFY THE PROBATION OFFICER TEN (10) DAYS PRIOR TO ANY CHANGE IN RESIDENCE .
**(STANDARD CONDITION #6 -GRADE C VIOLATION)**

The releasee failed to notify the probation office of an address change within the above time frame. He has not followed the protocol of reporting a change of address ten days prior to any change in residence. The offender's brother believes that he may have relocated back to New York City. The offender has also not been in contact with his former BATF case handler for at least the last 8 to 10 weeks.

3. THE RELEASEE HAS FAILED TO PAY THE RESTITUTION ORDERED BY THE COURT. **SPECIAL CONDITION, GRADE C VIOLATION**

Chacon-Rodriguez has failed to make restitution payments in accordance with the Courts adopted, schedule of payments.

CHAPTER SEVEN GUIDELINE POLICY CONSIDERATIONS AND/OR STATUTORY REQUIREMENTS:

Chapter Seven of the Sentencing Guidelines sets forth policy statements regarding sentencing considerations in violation of supervised release matters. It is our understanding that case law requires the Court to consider these issues, but since they are policy statements, they are not binding.

Pursuant to Section 7B1.1 (a)(3) of the Sentencing Guidelines (Classification of Violations), specification numbers one, two, three, and four are Grade C violations.

According to Section 7B1.4, the possible range of imprisonment applicable upon a finding of violation and revocation are as follows.

| Specification(s) | Grade of Violation(s) | Revocation Range |
|---|---|---|
| | | Based upon a Criminal History Category of I. |
| 1, 2, & 3 | Grade C | Guidelines: 5 to 11 months. |
| | | Statutory: Not more than 5 years. |

NY 466

As the defendant was originally convicted of a Class A felony he may be required by statute {18 USC 3583(e)(3)} to serve a period of incarceration of not more than 5 years.

Pursuant to {18 USC 3583(h)}, if the term of supervised release is revoked and the term of imprisonment imposed is less the maximum 5 years, supervised release can be reimposed as authorized under the original offense, 18 USC 1962(c), less any term of imprisonment that was imposed upon revocation of supervised release.

Recommendation:

The offender poses a risk to the community based upon his absconder status. He has changed his residence without notifying the U.S. Probation Office, District of New Jersey and may have returned to New York City. He has also broken off contact with his BATF case handler.

At this time, we are respectfully recommending that Your Honor proceed with the issuance of a warrant so that the offender may be brought before the Court to answer the specifications against him.

Should the Court grant our request to initiate violation action, this memorandum will be disclosed to the offender, defense counsel, and the Government, unless Your Honor directs otherwise.

Respectfully submitted,

CHRIS J. STANTON
Chief U.S. Probation Officer
Michael F. Wasmer
Michael F. Wasmer
U.S. Probation Officer
(212) 805-5160

Approved By Victor W. Jeffrey 11-21-07
Victor W. Jeffrey Date
Supervising U.S. Probation Officer

NY 466

COPY

DOC # 58

**United States District Court**
**for the**
**Southern District of New York**
**Petition for Warrant or Summons for Offender Under Supervision**

Offender: Rudolfo Chacon-Rodriguez    Docket Number: S4 01 CR 874-006 (JFK) ← File in

Sentencing Judge: John F. Keenan, Sr. US District Judge

MEMO ENDORSED

Date of Original Sentence: April 6, 2006

Original Offense: Count 1- Conspiracy to Commit Hobbs Act Robbery (18 USC 1951),
Counts 2 & 8 - Attempted Hobbs Act Robbery (18 USC 1951)
Counts 3, 4, 5, & 6 - Hobbs Act Robbery, (18 USC 1951 and 2),
Counts 7 & 9 - Use of Firearm in Relation to Robbery, (18 USC 924 (c)(1)(A)
Count 10 - Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, and Crack, (21 USC 846)

Original Sentence: Five (5) years federal custody followed by three (3) years of supervised release.

Type of Supervision: Supervised Release    Supervision Commenced: May 28, 2006

Asst. U.S. Attorney: Marcus Asner    Defense Attorney: Roy R. Kulscar

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | THE OFFENDER HAS FAILED TO SUBMIT TO THE U.S PROBATION OFFICE MONTHLY SUPERVISION REPORTS FOR THE MONTHS COVERING DECEMBER OF 2006 THROUGH OCTOBER OF 2007. **MANDATED CONDITION - GRADE C VIOLATION** |
| 2. | FROM ON OR ABOUT JULY OF 2007, AND THEREAFTER THE RELEASEE FAILED TO NOTIFY THE PROBATION OFFICER TEN (10) DAYS PRIOR TO ANY CHANGE IN RESIDENCE. **STANDARD CONDITION #6 - GRADE C VIOLATION** |

MICROFILMED NOV 27 2007 -9 AM

CHACON-Rodriguez, Rudolfo 33479-M.F.Wasmer COPY

3. THE RELEASEE HAS FAILED TO PAY THE RESTITUTION ORDERED BY THE COURT. **SPECIAL CONDITION - GRADE C VIOLATION**

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

Respectfully submitted,
by
Michael F. Wasmer
U.S. Probation Officer
(212) 805-5160

Approved By:
11/2/07
Victor W. Jeffries Date
Supervising U.S. Probation Officer

NY 466

**RUDOLFO CHACON-RODRIGUEZ** **P33479 - M. Wasmer**

1. THE OFFENDER HAS FAILED TO SUBMIT TO THE U.S. PROBATION OFFICE MONTHLY SUPERVISION REPORTS FOR THE MONTHS COVERING DECEMBER OF 2006 THROUGH OCTOBER OF 2007.
   **MANDATED CONDITION - GRADE C VIOLATION**

2. FROM ON OR ABOUT JULY OF 2007, AND THEREAFTER THE RELEASEE FAILED TO NOTIFY THE PROBATION OFFICER TEN (10) DAYS PRIOR TO ANY CHANGE IN RESIDENCE.
   **STANDARD CONDITION #6 - GRADE C VIOLATION**

3. THE RELEASEE HAS FAILED TO PAY THE RESTITUTION ORDERED BY THE COURT.
   **SPECIAL CONDITION - GRADE C VIOLATION**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

P.33479

**TO:** Honorable John F. Keenan
Sr. U.S. District Court Judge

**FROM:** Victor W. Jeffrey
Supervising U.S. Probation Officer

Re: Rudolfo Chacon-Rodriguez
Docket No.:S4 01 CR. 874-06 (JFK)

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response (if applicable) along with any attachments to our office at 233 Broadway, 15th floor, so that we may take appropriate action.

Respectfully submitted,
Victor W. Jeffrey
Supervising U.S. Probation Officer

Prepared By: Michael F. Wasmer
Michael F. Wasmer
U.S. Probation Officer
212-805-5160

DATE: November 21, 2007

COPY

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

U.S. DISTRICT COURT FILED NOV 26 2007 S.D. OF N.Y.

John F. Keenan
Signature of Judicial Officer

Date 11/26/07

**TO BE COMPLETED SHOULD THE COURT ORDER THE ISSUANCE OF A SUMMONS**

Date: ____________________

Time: ____________________

Place: ____________________

NY 466