IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08-MJ-112M |
| | ) | |
| RUDOLFO CHACON-RODRIGUEZ, | ) | |
| a/k/a Miguel Rodriguez | ) | |

ORDER OF REMOVAL

Defendant RUDOLFO CHACON-RODRIGUEZ, having appeared before me on this 29th day of July, 2008, and with advice of counsel having waived his right to an identity hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure, it is hereby

ORDERED

that defendant RUDOLPHO CHACON-RODRIGUEZ is detained and is remanded to the custody of the United States Marshal for transfer to the United States District Court for the Southern District of New York.

BY ORDER:

Matt Saucal

DEPUTY CLERK

ENTERED:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge

DATE: 7-29-08