David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

July 29, 2008

**Office of the Clerk**

**United States District Court**
**Southern District of New York**
**Daniel Patrick Moynihan**
**United States Courthouse**
500 Pearl Street
New York, NY 10007-1312

**RI Case # 1:08-MJ-112M**
**Your Docket No. S4 01 CR 874-06 (JFK)**

On July 29, 2008 Magistrate Judge David L. Martin conducted a Rule 32.1 hearing in **1:08-MJ-112M**, USA v. Rudolfo Chacon-Rodriguez.
The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF.
Please be advised you may access this database to obtain original pleadings. Our web site is:
https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents.
If you have any problems, please do not hesitate to contact us.
Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:
N/A
Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.
For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Martha Saucier
Martha Saucier, Deputy Clerk

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

July 29, 2008

**Office of the Clerk**

**United States District Court**
**Southern District of New York**
**Daniel Patrick Moynihan**
**United States Courthouse**
500 Pearl Street
New York, NY 10007-1312

**RI Case # 1:08-MJ-112M**
**Your Docket No. S4 01 CR 874-06 (JFK)**

On July 29, 2008 Magistrate Judge David L. Martin conducted a Rule 32.1 hearing in **1:08-MJ-112M**, USA v. Rudolfo Chacon-Rodriguez.
The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.
Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:
N/A
Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.
For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Martha Saucier
Martha Saucier, Deputy Clerk